IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALTER CHUNN,

        Plaintiff,

    v.

UNITED STATES DISTRICT COURT,

        Defendants.

                                /

No. C 15-5232 MEJ  (PR)

**ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE HIS IN FORMA PAUPERIS APPLICATION**

On November 16, 2015, plaintiff, an inmate at the Solano County Jail, filed a *pro se* petition for a writ of mandamus. The same day, the clerk of the Court sent a notification to plaintiff that he must file an in forma pauperis application or pay the full filing fee to avoid dismissal of the action. (Docket No. 2.) On November 24, 2015, plaintiff filed an in forma pauperis application. (Docket No. 4.) However, this application is deficient as plaintiff has failed to submit a copy of his prisoner trust account statement showing transactions for the last six months.

In the interest of justice, the Court will grant plaintiff an extension of time to file the missing document, i.e., a copy of his prisoner trust account statement showing transactions for the last six months, no later than **twenty-eight (28)** days from the date this order is filed. In the alternative, plaintiff may pay the full $400.00 filing fee.

**Failure to respond in accordance with this order in the time provided may result in dismissal of this case without prejudice for failure to pay the filing fee without further notice to plaintiff.**

IT IS SO ORDERED.

DATED: February 25, 2016

                                                      Maria-Elena James
                                                      United States Magistrate Judge