IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER CHUNN, | No. C 15-5232 MEJ (PR) |
|     Plaintiff, | **ORDER OF DISMISSAL** |
|     v. | |
| UNITED STATES DISTRICT COURT, | |
|     Defendants. | |

On November 16, 2015, plaintiff, an inmate at the Solano County Jail, filed a *pro se* petition for a writ of mandamus. The same day, the clerk of the Court sent a notification to plaintiff that he must file an in forma pauperis application or pay the full filing fee to avoid dismissal of the action. (Docket No. 2.) On November 24, 2015, plaintiff filed an in forma pauperis application. (Docket No. 4.) However, the application was deficient as plaintiff has failed to submit a copy of his prisoner trust account statement showing transactions for the last six months.

On February 25, 2016, the Court granted plaintiff an extension of time of twenty-eight days to file the missing document. On March 18, 2016, the Court's February 25, 2016 order was returned as undeliverable with the notation that plaintiff was not in custody. As of the date of this order, plaintiff has not filed a notice of change of address or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* must promptly file a notice of change of address while an action is pending. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. See L.R. 3-11(b).

1  More than sixty days have passed since the mail addressed to plaintiff was returned as
2 undeliverable. Accordingly, the instant civil rights action is DISMISSED without prejudice
3 pursuant to Rule 3-11 of the Northern District Local Rules.
4  The Clerk shall close the file and terminate all pending motions as moot.
5  IT IS SO ORDERED.

DATED:   May 18, 2016

Maria-Elena James
United States Magistrate Judge